JAMAICA BUSES, INC., et al., Appellants, and AGOSTINO SANACORE, Respondent, v. MILFORD REISERT et al., Respondents, and JAMAICA BUSES, INC., Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

FLORENCE MITCHELL et al., Respondents, v. ADAM HAT STORES, INC., Appellant, et al., Defendants.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See ante, p. 877.]

NELS REALTY CORP., Appellant, v. FLORENCE M. CHRISTENSEN, Respondent. (Action No. 1.) FLORENCE M. CHRISTENSEN, Respondent, v. NELS REALTY CORP., Appellant. (Action No. 2.) — Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion to resettle order denied, without costs. On the court's own motion, the decision of this court handed down February 11, 1952 (ante, p. 870), is amended by adding to the decretal paragraph, after the word "disbursements", the words "to abide the event." Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ.

SHIRLEY NOAH et al., Appellants, v. DAVID COHEN et al., Respondents.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

SHIRLEY NOAH et al., Appellants, v. BESSIE HARRIS, Respondent.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

DOROTHY E. ANDREWS, Respondent, v. NEAL R. ANDREWS, Appellant.— It is undisputed that, as of the time of the commencement of this action, neither party actually resided in Westchester County. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.